1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THEODORE KAGAN, et al.,                    )  Case No. 09-5337 SC
                                           )
          Plaintiff,                       )  ORDER VACATING ORDER OF
                                           )  RECUSAL
    v.                                     )
                                           )
WACHOVIA SECURITIES, LLC, et al.,          )
                                           )
          Defendants.                      )
                                           )
_____  )

TO ALL PARTIES AND COUNSEL OF RECORD:

On September 9, 2011, An Order of Recusal was issued
requesting that the case be reassigned and vacating all pending
dates of motions, pretrial conferences, and trial.  The Court
hereby VACATES the Order of Recusal and reinstates all previous
dates of motions, pretrial conferences, and trial.

IT IS SO ORDERED.

Dated: September _15_, 2011    _____
                              UNITED STATES DISTRICT JUDGE